UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John F. Johnson,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:13–cv–105

Judge Michael H. Watson

## ORDER

On November 18, 2013, the Magistrate Judge issued a report and recommendation recommending that the Court sustain Plaintiff's statement of errors to the extent that the case should be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four. ECF No. 18. The Magistrate Judge expressly advised the parties of the deadline for filing objections and the consequences of failing to do so. To date, no objections have been filed, and the deadline for doing so has long since passed.

Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation in its entirety, and **REMANDS** this case to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.

    **IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT