UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John F. Johnson,

    Plaintiff,

v.                                                      Case No. 2:13–cv–105

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.

## ORDER

On June 2, 2015, Plaintiff moved for an additional award of attorney fees under 42 U.S.C. § 405(b). Mot., ECF No. 23. The motion was unopposed. Resp., ECF No. 24. Upon referral pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, Magistrate Judge Kemp recommended the Court grant Plaintiff's motion. Report and Recommendation ("R&R") 3, ECF No. 25.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 3–4. Magistrate Judge Kemp specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 25, **GRANTS** Plaintiff's motion for an additional award of attorney fees, ECF No. 23,

and **AWARDS** Plaintiff attorney fees in the amount of $13,599.50, to be offset by a refund of the prior award granted in this case.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**